UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Case No. 02-12152 |
| BRAC Group, Inc., et al (f/k/a Budget ) | Chapter 11 |
| Group, Inc.) ) | |
| Debtor(s) ) | Adv. Proc. No. 04-54373 |
| _____ ) | |
| WALKER, TRUESDELL & ) | |
| ASSOCIATES, as Plan Administrator ) | |
| for BRAC Group, Inc. (f/k/a Budget ) | |
| Group, Inc.) ) | |
| ) | MEDIATOR'S CERTIFICATE OF COMPLETION |
| Plaintiff(s) ) | |
| ) | |
| v. ) | |
| ) | |
| POSTAL CENTER INTERNATIONAL, ) | |
| INC. ) | |
| Defendant(s) ) | |

   In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated April 4, 2005, the undersigned mediator reports that the mediation was resolved in the following manner:

   We have been informed by counsel for plaintiff, that settlement of the above-captioned adversary proceeding has been reached and, therefore, mediation will not be necessary. I will take no further action pursuant to the Court's 4/4/05 Order Assigning Adversary Proceeding to Mediation, absent further instruction from the Court or the parties. The parties should immediately take all steps necessary and appropriate to consummate and finalize the settlement in accordance with any applicable Orders of this Court and the Federal Rules of Bankruptcy Procedure.

MEDIATOR

Dated: 5/18/05

Vincent A. Bifferato
Bifferato, Gentilotti & Biden
1308 Delaware Ave.
Wilmington, DE 19806
(302) 429-1900

cc: Ian Gazes, Esquire
    Erin Edwards, Esquire
    Brian L. Budsberg, Esquire