IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>BRAC GROUP, INC. (f/k/a Budget Group, Inc.), )<br>)<br>        Debtor. )<br>)<br>_____ )<br>WALKER, TRUESDELL & ASSOCIATES, as )<br>Plan Administrator for BRAC Group, Inc. (f/k/a )<br>Budget Group, Inc.), )<br>)<br>        Plaintiff, )<br>  v. )<br>) | Chapter 11<br><br>Case No.02-12152 (JLP) |

**DEFENDANT**
POSTAL CENTER INTERNATIONAL INC.
UTILITY TRAILER SALES OF COLORADO,
 LLC d/b/a UTILITY TRAILER INTERSTATE LLC

Adv. Pro. No. (PBL)
04-54373
04-54604

## NOTICE OF SETTLEMENT

Plaintiff, Walker Truesdell & Associates, Plan Administrator for BRAC GROUP INC., by and through its attorneys, hereby provides notice of a settlement of the above-captioned adversary proceedings between Plaintiff and Defendants, pursuant to the Court's Order entered on August 23, 2004, the settlement noticed herein between the Plaintiff and Defendant is within the authority granted Plaintiff to effect compromises of this and other preference claims without further Order of the Court.

Dated: June 29, 2005

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

_/s/ Sean Beach_

Sean M. Beach (No. 4070)
Erin Edwards (No. 4392)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
**Telephone** (302) 571-6600
**Fax** (302) 571-1253

WP3:1126234.1

63365.1001

                        -and-

| | |
|---|---|
| **Primary Counsel**<br>(Please Contact Primary Counsel) | Ian J. Gazes, Esq.<br>Eric Wainer, Esq.<br>Gazes LLC<br>32 Avenue of the Americas, 27th Floor<br>New York, New York 10013<br>**Telephone** (212) 765-9000<br>**Fax** (212) 765-9675<br><br>*Attorneys for Walker Truesdell & Associates as*<br>*Plan Administrator of BRAC Group, Inc.* |